**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELANIE MacNIVEN,<br><br>      Plaintiff,<br><br>   vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social Security,<br><br>      Defendant.<br>_____/ | No. CIV S-04-2401-CMK<br><br><br><br>ORDER |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). Pursuant to the stipulation of the parties, and good cause appearing therefor, the time for defendant to respond to plaintiff's motion for summary judgment is extended.

///
///
///
///
///

1       Accordingly, IT IS HEREBY ORDERED that defendant shall file her response on
2 or before October 31, 2005.
3 DATED: September 22, 2005.

                                                    **CRAIG M. KELLISON**
                                                    UNITED STATES MAGISTRATE JUDGE