IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE MacNIVEN, | No. CIV S-04-2401-GEB-CMK |
| Plaintiff, | |
| vs. | ORDER |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

        Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). On October 20, 2005, the court issued an order directing plaintiff to show cause in writing why this action should not be dismissed for lack of prosecution and failure to comply with court rules and orders regarding consent notification. That order provided that submission of a notice regarding consent would be considered an adequate response. On October 31, 2005, plaintiff declined Magistrate Judge jurisdiction. The order to show cause will be discharged.

/ / /

/ / /

1

1  Accordingly, IT IS HEREBY ORDERED that the court's October 20, 2005, order
2  to show cause is discharged.
3  DATED: November 18, 2005.
4
5  **CRAIG M. KELLISON**
   UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26