**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MELANIE MacNIVEN, | 2:04-cv-2401-GEB-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g). The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

On November 3, 2005, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed

1

within ten days.  Plaintiff has not objected to the findings and recommendations.[1]

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 3, 2005, are adopted in full;

2. This case is remanded pursuant to sentence four of 42 U.S.C. § 405(g);

3. Such remand shall proceed consistent with the parties' stipulation;

4. All pending motions are denied as moot; and

5. The Clerk of the Court is directed to enter judgment and close this file.

DATED: December 6, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Plaintiff filed objections on November 14, 2005, but withdrew them on November 18, 2005.

2