McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELANIE MACNIVEN,<br><br>    Plaintiff,<br><br> v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>    Defendant. | CASE NO. **2:04-CV-02401-GEB-CMK**<br><br>STIPULATION AND [proposed] ORDER SETTLING ATTORNEY'S FEES AND COSTS PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

   IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel for Plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND FIVE HUNDRED AND 00/100 DOLLARS ($4,500.00), and costs in the amount of ONE HUNDRED FIFTY AND 00/100 DOLLARS ($150.00), said amounts together representing compensation for legal services rendered on behalf of Plaintiff by her attorney in accordance with 28 U.S.C. § 2412(d).

   This stipulation constitutes a compromise settlement of counsel for Plaintiff's request for all fees, costs, and expenses under the EAJA, and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment in the amount of FOUR THOUSAND FIVE HUNDRED

AND 00/100 DOLLARS in fees ($4,500.00) and ONE HUNDRED FIFTY AND 00/100 DOLLARS ($150.00) in costs, shall constitute a complete release from and bar to any and all claims counsel for Plaintiff may have relating to EAJA fees, costs, and expenses in connection with this action, but such award will not prejudice any future request for attorney's fees under the Social Security Act, 42 U.S.C. § 406(b).

    The parties further stipulate that counsel for Plaintiff will provide a facsimile of this stipulation bearing counsel's signature for retention in Defendant's case file, and hereby authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: January 18, 2006          /s/ Ann M. Cerney
                                      ANN M. CERNEY

                                      Attorney for Plaintiff

DATED: January 18, 2006         McGREGOR W. SCOTT
                                      United States Attorney

                                  By: /s/ Bobbie J. Montoya
                                      BOBBIE J. MONTOYA
                                      Assistant U. S. Attorney

                                      Attorneys for Defendant

OF COUNSEL

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

NANCY M. LISEWSKI
Assistant Regional Counsel

U. S. Social Security Administration

---

Re:  MELANIE MACNIVEN v. JO ANNE B. BARNHART, Case No. 2:04-CV-02401-GEB-CMK, Stipulation and Order Settling Attorney's Fees and Costs Pursuant to the Equal Access to Justice Act

1
2
3                              _____oOo_____
4
5                                        **ORDER**
6
7     **Upon stipulation of the parties, Counsel for Plaintiff in CASE NO. 2:04-CV-02401-GEB-**
8  **CMK, <u>MELANIE MACNIVEN</u> v. <u>Jo Anne B. Barnhart</u>, is hereby awarded attorney fees in the**
9  **amount of $4,500.00 and costs in the amount of $150.00, pursuant to the Equal Access to Justice**
10 **Act.**
11
12     **APPROVED AND SO ORDERED.**
13 **Dated:  January 25, 2006**
14
15
16                              <u>**/s/ Garland E. Burrell, Jr.**</u>
                                 **GARLAND E. BURRELL, JR.**
17                               **United States District Judge**